COMMONWEALTH of Pennsylvania,
DEPARTMENT OF ENVIRONMEN-
TAL PROTECTION, Appellee

v.

PPL GENERATION, LLC, and PPL
Martins Creek, LLC, Appellees.

Delaware Riverside Conservancy, Inc.,
Thomas and Nancy Shappell, and Wil-
liam Vogt, Intervenors–Appellants.

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013,
the Order of the Commonwealth Court is
**AFFIRMED.**

James Joseph SMULL, Appellant,

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013,
the Order of the Commonwealth Court is
**AFFIRMED.**